23-mj-6016-MPK

## AFFIDAVIT OF SPECIAL AGENT MICHAEL ROMEO
## IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Michael Romeo, being sworn, state:

### INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I have been employed as an ATF Special Agent since 2016 and am currently assigned to the Boston Group II Field Office. As an ATF Special Agent, my duties include the investigation of violations of laws related to firearms trafficking, firearm possession by prohibited persons, and the use of firearms in drug trafficking crimes. I am a graduate of the ATF National Academy and of the Federal Law Enforcement Training Center. During the course of my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and narcotics laws.

2.  As a Special Agent for ATF, some of my duties include conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, firearms manufacturing and violent crimes involving firearms and narcotics trafficking. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the use and trafficking of illegal firearms. I have been the affiant on affidavits in support of federal search warrants and arrest warrants. I have participated in and performed surveillance and made arrests of firearm and narcotics traffickers who utilize their electronic devices to further their illegal activity. During the course of my professional experience, I have interviewed numerous defendants, witnesses, victims, confidential informants, and other police officers regarding the illegal trafficking of firearms.

3.  During my tenure with ATF, I have written and/or participated in the execution of federal search warrants, and have debriefed defendants, informants, and witnesses with

1

personal knowledge regarding firearms and narcotics trafficking and the operation of firearms and/or narcotics traffickers. I have also received training through my position as an ATF Special Agent involving firearms and narcotics trafficking. Among other things, this has familiarized me with: (1) the manner in which illegal guns are brought into this state and sold; (2) firearm and narcotics traffickers' methods of operation, including their acquisition, storage, and transportation of both illegal guns and drugs; and, (3) the widespread utilization of cellular telephones in the course of such activities.

4. Based on my training and experience as a special agent, I am familiar with federal firearm laws. I know that it is a violation of Title 26 U.S.C. § 5861(a), for any person to engage in the business as a manufacturer or importer of, or dealer in, firearms without having paid the special occupational tax required by § 5801 for his business or having registered as required by § 5802; and it is a violation of Title 18 U.S.C. § 922(o) for any person to transfer or possess a machinegun.

**PURPOSE OF AFFIDAVIT**

5. I submit this affidavit in support of a Criminal Complaint charging Michael WILKERSON ("WILKERSON"), DOB: xx/xx/2000, with engaging in the business as a manufacturer or importer of, or dealer in, firearms without having paid the special occupational tax or having registered as required, in violation of 26 U.S.C. § 5861(a) and transferring or possessing a machinegun, in violation of 18 U.S.C. § 922(o).

6. I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral and written reports made to me by agents of the ATF and other federal, state and local law enforcement agencies.

7.      I submit this affidavit for the limited purpose of establishing probable cause to believe WILKERSON has committed the above offenses. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

## THE INVESTIGATION

I.      **BACKGROUND**

8.      In January 2023, the ATF and the Boston Police Department ("BPD") began investigating Elijah NAVARRO ("NAVARRO") for his involvement in a firearms manufacturing and trafficking operation. Under the ATF's direction, an ATF cooperating witness ("CW-1") [1] made several controlled buys of machinegun conversion kits (hereinafter referred to as "machinegun conversion devices" and also commonly known as "switches," or "Glock chips") from NAVARRO, which were audio and video recorded.

9.      As detailed herein, NAVARRO and WILKERSON are the subject of an investigation being conducted by ATF related to whether NAVARRO and WILKERSON are violating federal law by possessing a firearm not registered to them in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5861. I know the following regarding federal law:

      a.    Certain types of firearms are regulated under Title 26 of the United States Code, which is the Internal Revenue Code. These regulated firearms include machineguns, which are defined for purposes of Title 26, United States Code, Sections 5801-72 to include "any weapon which shoots, is designed to shoot, or can readily be restored to shoot, automatically more

---

[1] CW-1 has cooperated reliably in dozens of ATF investigations against dozens of federal defendants, in several offices, for more than six years, and has testified in court proceedings. CW-1 has an extensive criminal history including felony convictions for Trafficking Stolen Property, Residential Burglary, Assault in the 2nd Degree (Felony), Custodial Assault, Theft of a Motor Vehicle, and Unlawful Possession of a Firearm, all in the State of Washington. CW-1 has been supervised by at least four ATF Special Agents, including me, and has consistently been found to provide information that is credible. CW-1's cooperation is financially motivated and CW-1 is being paid for his/her services and information provided. Based on the corroboration, including recordings, I believe that CW-1's information is reliable.

than one shot, without manual reloading, by a single function of the trigger" and also includes "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." Title 26, United States Code, Section 5845(a)(6) and (b).

b. Title 26, United States Code, Section 5861(a) provides that it is unlawful for a person "to engage in business as a manufacturer or importer of, or dealer in, firearms, without having paid the special (occupational) tax required by section 5801 for his business or having registered as required by section 5802." Title 26, United States Code, Section 5801 provides that "every importer, manufacturer, and dealer in firearms shall pay a special (occupational) tax for each place of business" and sets rates for the tax. Title 26, United States Code, Section 5802 provides that "each importer, manufacturer, and dealer in firearms shall register with the Secretary in each internal revenue district in which such business is to be carried on, his name, including any trade name, and the address of each location in the district where he will conduct such business."

c. Title 26, United States Code, Section 5861(d) provides that it is unlawful for a person "to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record."

d. Title 26, United States Code, Section 5861(j) provides that it is unlawful for a person "to transport, deliver, or receive any firearm in interstate commerce which has not been registered as required by this chapter."

e. Title 26, United States Code, Section 7302 provides that "[i]t shall be unlawful to have or possess any property intended for use in violating the provisions of the internal revenue laws, or regulations prescribed under such laws, or which has been so used, and property rights shall exist in any such property. A search warrant may issue as provided in chapter 205 of title 18 of the United States Code and the Federal Rules of Criminal Procedure for the seizure of such property."

10. Further, NAVARRO and WILKERSON are being investigated for violating federal law related to 18 U.S.C. § 922(o) by transferring or possessing a machinegun. I am familiar with a type of firearm part known as a machinegun conversion device, which converts certain firearms from semi-automatic to fully-automatic, thus rendering the firearms capable of firing multiple shots by a single function of the trigger. As these are parts intended to convert a

firearm into a machinegun, a machinegun conversion device itself qualifies as a "machinegun" under the statute.

11. Under the National Firearms Act, machineguns must be registered with the Bureau of Alcohol Tobacco and Firearms. See 26 U.S.C. § 5841(a). Under 18 U.S.C. § 922(o), it is unlawful for any person to transfer or to possess a machinegun that is not lawfully owned and registered. It is illegal to possess an unregistered machinegun, whether or not the individual is a prohibited person under 18 U.S.C. § 922, for another reason such as a felony conviction.

12. On January 19, 2023, CW-1 conducted a controlled purchase of 2 machinegun conversion devices from NAVARRO in Boston for $400. As noted above, I believe each of these devices constituted a machinegun for the purposes of federal law. On January 25, 2023, CW-1 conducted a controlled purchase of 10 machinegun conversion devices from NAVARRO for $1300. Again, I believe each of these devices constituted a machinegun for the purposes of federal law. During the January 25th transaction, NAVARRO was observed exiting TARGET LOCATION -1 prior to the controlled purchase.

13. Based on my involvement in this investigation, I believe that NAVARRO and WILKERSON are involved in the manufacturing, and selling, of machinegun conversion devices. I further believe that the TARGET LOCATION - 1 is being utilized for this gun trafficking and manufacturing operation.

14. I have learned during the course of this investigation that WILKERSON is not a licensed importer, licensed manufacturer, or licensed dealer of firearms. Further, a query of the Massachusetts Criminal History Records Bureau – Massachusetts License to Carry ("LTC") / Firearms identification Card ("FID") records revealed that WILKERSON does not possess a MA LTC and/or FID.

## II. SEARCH WARRANT EXECUTED ON FEBRUARY 16, 2023

15. On February 16, 2023, the ATF and BPD executed a search warrant on WILKERSON's residence, the TARGET LOCATION – 1. [2] The warrant was executed in the early morning. WILKERSON was located in a bedroom in the back left portion of the residence. During the search of the bedroom in which WILKERSON was found, officers found and seized 8 machinegun conversion devices – consistent with the machinegun conversion devices purchased from NAVARRO as noted above. Per a review by ATF agents, I believe each of these devices recovered from WILKERSON's bedroom constituted a machinegun under federal law. Investigators also seized, amongst other things: (1) paraphernalia consistent with the manufacturing of machinegun conversion devices; (2) a loaded Taurus G2c 9mm semi-automatic firearm with an obliterated serial number; (3) various rounds of ammunition; (4) a ballistic vest. WILKERSON was placed under arrest for violations of Massachusetts firearms laws. In a post-*Miranda* warnings recorded interview, WILKERSON admitted that: (1) he was engaged in the manufacturing of machinegun conversion devices; (2) the machinegun conversion devices found in his bedroom by investigators belonged to him; and (3) he was involved in the sale of machinegun conversion devices for a profit.

---

[2] I am aware of WILKERSON's residential address, hereinafter referred to as TARGET LOCATION – 1. I am not including that specific address for the purpose of this affidavit in support of a criminal complaint.

## CONCLUSION

16. Based on the foregoing, there is probable cause to believe that on or about various dates beginning no later than January 19, 2023, and up to February 16, 2023, in Boston, in the District of Massachusetts, WILKERSON did engage in the business as a manufacturer or importer of, or dealer in, firearms without having paid the special occupational tax or having registered as required, in violation of 26 U.S.C. § 5861(a) and transfer or possess a machinegun, in violation of 18 U.S.C. § 922(o).

I declare the foregoing is true and correct.

/s/ Michael Romeo
_____
Michael Romeo
SPECIAL AGENT, ATF

The affiant appeared before me on this date, by telephonic conference or other reliable electronic means, pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Subscribed and sworn to on
this ___ day of February, 2023.    February 21, 2023

_____
HONORABLE M. PAGE KELLEY
CHIEF UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS