**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** __II__            **Investigating Agency** __ATF__ ⊞

**City** __Boston__ ⊞              **Related Case Information:**

**County** __Suffolk__ ⊞

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant __X__
Magistrate Judge Case Number __22-mj-1041-DLC__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Michael Wilkerson__            Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) __39 Homestead Street, Boston, MA__

Birth date (Yr only): __2000__  SSN (last4#): __0639__  Sex __M__  Race: _____  Nationality: _____

**Defense Counsel if known:** _____      Address _____

**Bar Number** _____            _____

**U.S. Attorney Information:**

**AUSA** __John T. Dawley, Jr.__            Bar Number if applicable __683662__

**Interpreter:**  ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** __02/16/2023__

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**  ☐ Petty ——  ☐ Misdemeanor ——  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __02/21/2023__ ⊞        Signature of AUSA:  **/s/ John T. Dawley, Jr.**

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**        Michael Wilkerson _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 5861(a) | Engaging in the business as a manufacturer or importer of, or dealer in, firearms without requirements | 1 |
| Set 2 | 18 U.S.C. § 922(o) | Transferring or possessing a machinegun | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____