UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No: 23-cr-10077-ADB |
| | ) |
| MICHAEL WILKERSON, | ) |
| | ) |
| Defendant. | ) |

### MEMORANDUM IN SUPPORT OF SENTENCING RECOMMENDATION

On February 1, 2024, the defendant, Michael Wilkerson, pled guilty to the Indictment, which charged him with engaging in the business as a manufacturer and dealer in unregistered firearms, in violation of 26 U.S.C. § 5861(a) (Count One) and transferring or possessing a machinegun, in violation of 18 U.S.C. § 922(o) (Count Two), pursuant to a plea agreement with the government. The defendant's sentencing hearing is scheduled for April 30, 2024.

The government submits the instant memorandum in support of its recommendation for 30 months of incarceration for the defendant, which is at the low end of the advisory guidelines range, followed by 3 years of supervised release. This recommendation reflects the seriousness of the offense, and is sufficient but no greater than necessary to accomplish the goals of sentencing.

**I.     THE ADVISORY SENTENCING GUIDELINES**

Between January and February of 2023, the defendant and his co-defendant, Elijah Navarro ("Navarro") were engaged in the manufacturing and trafficking of machinegun conversion kits (hereinafter referred to as "machinegun conversion devices" and also commonly known as "switches," or "Glock chips"), which converts certain firearms from semi-automatic to fully-automatic, thus rendering the firearms capable of firing multiple shots by a single function of the trigger. As these are parts intended to convert a firearm into a machine gun, a machinegun conversion device itself qualifies as a "machinegun" under the statute.

1

All told, the defendants manufactured trafficked at least 20 machinegun conversion devices, which were recovered during controlled purchases and subsequent search warrants. PSR ¶¶ 8-21. His base offense level is 18. PSR ¶ 34. Wilkerson receives a four-level enhancement because the offense involved at least 8 firearms. PSR ¶ 35. The defendant is entitled to a three-level acceptance of responsibility reduction. PSR ¶¶ 41-42. Calculating his criminal history category of level I, U.S. Probation has calculated that the advisory guideline range is 30 – 37 months. PSR ¶ 70.

The government recommends, in accordance with the plea agreement, that the Court sentence the defendant to 30 months of imprisonment, followed by 3 years of supervised release.

## II.  SENTENCING FACTORS UNDER 18 U.S.C. § 3553(a)

The factors set forth in 18 U.S.C. § 3553(a) assist the Court in determining a sentence that is sufficient, but not great than necessary, to comply with the purposes of sentencing set forth in § 3553(a)(2). These factors include the nature and circumstances of the offense, the history and characteristics of the defendant, and the need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, to provide just punishment for the offense, to afford adequate deterrence for criminal conduct, to protect the public from further crimes of the defendant, and to provide for the needs of the defendant. They also require courts to consider the kinds of sentences available, and the GSR.

Consideration of the § 3553(a) factors demonstrates that a sentence of 30 months, followed by 3 years of supervised release, is the appropriate sentence in this case.

### a.  Nature of the Offense

The nature and circumstances of the defendant's machinegun trafficking justifies a significant sentence of 30 months, despite the defendant having no prior criminal history. The new threat of these machinegun devices grows more serious every day. According to the ATF,

the number of machinegun conversion devices recovered by law enforcement increased more than 500 percent nationwide between 2017 and 2021. [1]

Simply by involving a firearm, crimes across the country become much greater in seriousness and harm. Data show that states with more guns have more deaths. [2] Available research demonstrates that the involvement of guns makes quarrels, robberies, domestic disputes, and other conflicts deadlier. Those engaged in violent crime in the United States are not more intent on killing compared to their counterparts in other nations, they merely have better access to powerful tools that make death a more likely outcome of an assault or conflict. [3] As a result, America has seven times as many firearm homicides as Canada, and nearly 19 times as many as France. [4] The rate of murder or manslaughter by firearm is the highest in the developed world. There were approximately 20,958 deaths as a result of a homicide involving a firearm in 2021. That is approximately 80.5% of all homicides for the year. [5]

More to the point of this investigation, most gang-related murders and felonies involve illegal guns, according to federal crime data. [6] Illegal guns circulating among high-risk networks present a threat to the security and well-being of urban neighborhoods. The supply of illegal guns

---

[1] *See United States Attorney and ATF Discuss Emerging Threat of Machinegun Conversion Devices*, (November 29, 2023) available at: https://www.atf.gov/news/pr/united-states-attorney-and-atf-discuss-emerging-threat-machinegun-conversion-devices.

[2] German Lopez, VOX, *America's unique gun violence problem, explained in 16 maps and charts*, (August 16, 2021), available at: https://www.vox.com/policy-and-politics/2017/10/2/16399418/america-mass-shooting-gun-violence-statistics-charts

[3] David M. Hureau & Anthony A. Braga, *The Trade in Tools: The Market for Illicit Guns in High-Risk Networks*, CRIMINOLOGY, volume 56 issue 3, (July 18, 2018), available at: https://onlinelibrary.wiley.com/doi/full/10.1111/1745-9125.12187

[4] Katherine Leach-Kemon, Rebecca Sirull & Scott Glenn, *On gun violence, the United States is an outlier*, INSTITUTE FOR HEALTH METRICS AND EVALUATION, (October 31, 2023), available at: https://www.healthdata.org/news-events/insights-blog/acting-data/gun-violence-united-states-outlier

[5] America's gun culture in charts, BBC NEWS, (December 7, 2023), available at: https://www.bbc.com/news/world-us-canada-41488081

[6] *Gun Violence in America*, NATIONAL INSTITUTE OF JUSTICE, (February 26, 2019), available at: https://nij.ojp.gov/topics/articles/gun-violence-america

to those embedded in high-risk networks is a critical mechanism in shaping rates of deadly violence in American cities.[7] The negative impact of guns on society goes beyond death and disability. When an individual is victimized by or exposed to gun violence, it increases the likelihood that they will be victimized again or resort to gun violence themselves.[8] Gun homicides also can have severe economic consequences on communities. Residents of communities impacted by gun violence experience lower property values, fewer business startups, and loss of jobs.[9] One study estimated that surges in gun homicides slowed home value appreciation by four percent relative to communities which did not experience a surge in violence.[10] There are further economic consequences to gunshot injuries, including the immediate hospital costs as well as the lifetime medical care costs including readmission(s) to the hospital and nursing care. Gun violence also financially burdens survivors by diminishing wages and productivity and often results in a mental or physical disability. One study estimates the overall societal cost for each gun-related assault at $1.2 million.[11]

The defendant's offense here was not limited to the 12 machinegun conversion devices that the defendants sold to a cooperating witness in this case. In addition, during a search of the defendants' respective residences, across the street from one another, investigators located;

- 95 rounds of .22 caliber ammunition (in Navarro's room);

- 8 machinegun conversion devices – consistent with the machinegun conversion devices purchased from Navarro as noted above (in Wilkerson's room);

---

[7] *Supra* note 4.

[8] *A Nation of Survivors: The Toll of Gun Violence in America*, EVERYTOWN FOR GUN SAFETY, (Updated February 3, 2022), *available at*: https://everytownresearch.org/reports/nationofsurvivors/

[9] *Id.*

[10] *Id.*

[11] *Id.*

4

- a loaded Taurus G2c 9mm firearm with an obliterated serial number, various rounds of ammunition; and a ballistic vest (in Wilkerson's room); and

- paraphernalia consistent with the manufacturing of machinegun conversion devices, including 3D printers, SD cards, a Dremel tool kit, and plastic filament (in Wilkerson's room).

Additionally, upon entry in Wilkerson's residence, [12] the search had to be temporarily suspended because investigators located a tubular item resembling a pipe bomb with 39 Homestead Street. BPD's Explosive Ordinance Unit ("EOU") was called to handle the object, which contained firework-related substances.

The cooperating witness was told, and the defendants later admitted to investigators during interviews, of their involvement in not just the distribution - but also the manufacturing - of these 3D printed machinegun conversion devices. The defendants showed sophistication and knowledge in this machinegun distribution operation. The 3D printer and other related paraphernalia that law enforcement located in the residence showed the defendants' commitment to this plan, and intent to further evade the law, by 3D printing these machinegun conversion devices.

At one point during the conversation with investigators, WILKERSON stated that;

> "…it was for personal gain...yeah I did sell them to a few people, absolutely correct…I don't know how many times, it wasn't too many, wasn't a lot. How much was I selling them for? No more than $100, wasn't really hungry like that, make ends meet. Do I know they hurt people? Yeah. Should I be doing this shit? No…"

In sum, the defendant's conduct here created a significant danger to the community, from the making and selling of 3D printed machinegun conversion devices, to the illegal possession of firearms and ammunition, to the reckless storage and handling of these items. All of these factors support the significant sentence recommended by the government.

---

[12] Another individual, Joshua Greaves ("Greaves"), was also located within Wilkerson's residence. He was placed under arrest for violations of Massachusetts firearm laws, after two firearms, (1) a Taurus 709 pistol and (2) an AR-style pistol, were recovered from his bedroom.

### b. Characteristics of the Defendant

Another important aspect of this sentencing is the relevant characteristics of the defendant. *See* 18 U.S.C. 3553 (a)(1). The defendant is 23 years old. PSR ¶ 53. The government recognizes that the defendant has strong family support, and that has been highlighted in this case. The government also acknowledges certain points that are reflected in the PSR. The defendant is a young man, who has engaged in several employments throughout most of his adult life. PSR ¶¶ 62-66. He certainly has the potential to be a law-abiding member of society, after taking responsibility for his offenses, which he has begun to do by pleading guilty. The government's recommendation takes these attributes into account.

However, investigators also noted that the defendant is an active associate of the H-Block Raiders street gang in Boston. Further, the government has pointed this out on several occasions during the course of this case, that the defendant is a known associate of the H-Block street gang.

A sentence of 30 months imprisonment, at the low end of the guidelines, with 3 years of supervised release, is sufficient, but not greater than necessary, to accomplish the goals of sentencing set forth in § 3553(a). Even after serving a 30-month sentence, the defendant will still be a very young man with a lot of potential, which the structure of supervised release will help him to achieve.

### c. Specific and General Deterrence

A significant sentence of imprisonment is warranted to deter others from becoming involved in illegal machinegun manufacturing and trafficking. The dangers of this conduct is difficult to overstate. Individuals tempted to engage in this type of machinegun distribution must understand that any involvement will have immediate and harsh consequences. Imprisonment is necessary to send a strong warning to others who might otherwise consider profiting from gun dealing that the money is not worth the punishment. Further, general deterrence must be considered

for any other individuals similar to the defendant's status, that dealing in machineguns is not a gainful way of life.

This is a very serious issue in Massachusetts, a state with very strong gun control laws, where the illegal gun trade still results in a steady supply of illegal guns in urban cities in this state This is highlighted by the dangers discussed above and the need to punish those involved in providing such dangerous weapons to criminals. For example, in the last five years, ATF has recovered more than 31,000 machine gun conversion devices.  These conversion devices can convert semi-automatic pistols and rifles into fully automatic weapons in less than 60 seconds. One pull of the trigger can release all of the ammunition in the magazine. [13]

The scourge of gun violence in Boston is also well-documented. Between January 1 and November 22, 2020, Boston recorded 43 fatal shootings and 216 non-fatal shootings. [14] Any sentence in a case such as this must take into account the harms that the proliferation of illegal firearms causes to the community, and the danger that these machineguns pose to the community right now.

Considerations of specific deterrence also support imposition of substantial incarceration. The sentence recommended by the government is hopefully sufficient to deter the defendant from resuming a life of machinegun dealing and that any continued criminal behavior will be met with serious consequences.

### d. Supervised Release Conditions

The government also requests a term of 36 months of supervised release.  In addition to the standard conditions, the government requests that the Court impose the special conditions set

---

[13] *See U.S. Attorney and ATF Release New Public Service Announcement Warning Against Possession of Machine Gun Conversion Devices*, (January 11, 2024) available at: https://www.justice.gov/usao-cdca/pr/us-attorney-and-atf-release-new-public-service-announcement-warning-against-possession.

[14] *See* Crime Reported by the Boston Police Department *available at*: https://static1.squarespace.com/static/5086f19ce4b0ad16ff15598d/t/5fbc227ebfc43f74b78432e4/ (last accessed April 27, 2023).

forth in the recommendations made by U.S. Probation, and below, including that the defendant be prohibited from purchasing or possessing any firearms, firearm-related equipment or parts, as well as that the defendant be provided with any available vocational training while in prison and that he take advantage of any such classes and/or training while on supervised release.

### III.   CONCLUSION

For the foregoing reasons, those contained in the PSR, and those to be presented at the sentencing hearing, the government requests the following sentence:

- a term of 30 months' imprisonment;

- a fine within the Guidelines sentencing range, as calculated by the Court, unless the Court finds that the defendant is not able to pay a fine;

- a term of 36 months' supervised release with the conditions referenced above and recommended by probation; and

- a special assessment of $200.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:   */s/ John T. Dawley, Jr.*
John T. Dawley, Jr.
Assistant U.S. Attorney

Dated: April 25, 2024

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ John T. Dawley, Jr.
Assistant U.S. Attorney

Dated: April 25, 2024